[Civ. No. 2503. Fourth Appellate District.—January 23, 1940.]

In the Matter of the Estate of CHARLES COHN, Deceased. THE ANGLO–CALIFORNIA NATIONAL BANK OF SAN FRANCISCO et al., Appellants, v. BERTHA COHN, Respondent.

Joseph T. O'Connor, Joseph A. Brown and Norman A. Eisner for Appellants.

Farnsworth, Burke & Maddox and James K. Abercrombie for Respondent.

MARKS, J.—This case comes before us on an order to show cause. It is an appeal from an order made on November 26, 1937, directing the administrators of this estate to pay the inheritance taxes due the State of California.

It now appears that all such taxes have been paid and that the questions presented by the appeal are moot.

The appeal is dismissed. The order to show cause is discharged. Neither party will recover costs of appeal.

Barnard, P. J., and Griffin, J., concurred.